# Exhibit A



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

CIVIL DIVISION

DEC 06 2024

Superior Court of the
District of Columbia

Case No. 2024 7646 _____

### COMPLAINT

Jurisdiction of this Court is founded on D.C. Code § 11-921.

| | |
|---|---|
| Larry Curtis Jr | U.S. Small Business Administration |
| PLAINTIFF | DEFENDANT |
| 501 Brighton Knolls DR | 409 3rd St. |
| Address (No Post Office Boxes) | Address (No Post Office Boxes) |
| Brinklow    MD    20862-9710 | Washington  DC    20416 |
| City    State    Zip Code | City    State    Zip Code |
| 2024072267 | 800-827-5722 |
| Telephone Number | Telephone Number |
| Lightning501@gmail.com | |
| Email Address (optional) | Email Address (optional) |

vs

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

2021-2022 the Defendant has cause a great deal of fraud . i did applied in 2024 was suppose to get 150,000 dollars.

they billed me 20,000 for 2021-2022 that i never applied. i never gotten the bill in 2021-2022 and i just got the bill in 2024

2. What relief are you requesting from the Court? Include any request for money damages.

i want to sued them for 50 million dollars and the charges they will have to answer is  Forgery, Fraud, Conspiracy to Justice,

Identity theft, Federal conspiracy, Discrimation

3. State any other information, of which the Court should be aware:

i got document that i have as proof they defraud me and if they shown proof that the SBA has send a check as transcation

and there is no proof that they send any thing to my account at all

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

*Larry Curtis Jr*

**SIGNATURE**

12/5/2024

**DATE**

Subscribed and sworn to before me this _____ 8 _____ day of *December* 20___

_____

(Notary Public/Deputy Clerk)

2



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Larry Curtis Jr._
                                    Plaintiff

vs.                                                          Case Number    2024   7640

_US Small Business Administration_
                                    Defendant

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Robert_ _Gress_ _Esq._                   _Clerk of the Court_
Name of Plaintiff's Attorney

_501 Brighton Knolls Dr_              By _____
Address                                              Deputy Clerk
_Brinklow md 20862_

                                                      Date ____10/18/2024____
Telephone
如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bản dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시오.   የአማርኛ  ትርጉም  ለማግኘት  (202) 879-4828   ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____

Demandante

contra

Número de Caso: _____

_____

Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_SECRETARIO DEL TRIBUNAL_

Nombre del abogado del Demandante

Por: _____

Dirección

Subsecretario

_____

Fecha _____

Teléfono
如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
만약 번역이 필요하시면 (202) 879-4828 로 전화해 주십시오     የአማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH

INFORMATION SHEET

*Larry Curtis tr* 

Plaintiff(s)

2024 7646

Case Number: _____

Date: _12/6/2024_

vs

_____
Defendant(s)

☐ One of the defendants is being sued in their official capacity.

| Name: *(Please Print)* | Relationship to Lawsuit |
|---|---|
| ~~Larry Curtis tr~~ Robert grigg | ☑ Attorney for Plaintiff |
| Firm Name: | ☐ Self (Pro Se) |
| Telephone No.:            DC Bar No.: | ☒ Other: _____ |

TYPE OF CASE:  ☐ Non-Jury     ☐ 6 Person Jury     ☒ 12 Person Jury

Demand: $ _50 million Dollars_     Other: _____

**PENDING CASE(S) RELATED TO THE ACTION BEING FILED**

Case No.:_____ Judge: _____ Calendar #:_____

Case No.:_____ Judge: _____ Calendar #:_____

---

**NATURE OF SUIT:** *(Check One Box Only)*

**CONTRACT**

☐ Breach of Contract
☐ Breach of Warranty
☐ Condo/Homeowner Assn. Fees
☐ Contract Enforcement
☐ Negotiable Instrument

**COLLECTION/INS. SUB**

☐ Debt Collection
☐ Insurance Subrogation
☐ Motion/Application for Judgment by Confession
☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**

☐ Breach of Contract
☐ Discrimination
☐ Wage Claim
☐ Whistle Blower
☐ Wrongful Termination

**REAL PROPERTY**

☐ Condo/Homeowner Assn. Foreclosure
☐ Declaratory Judgment
☐ Drug Related Nuisance Abatement

☐ Ejectment
☐ Eminent Domain
☐ Interpleader

☐ Other
☐ Quiet Title
☐ Specific Performance

☐ **FRIENDLY SUIT**
☐ **HOUSING CODE REGULATIONS**
☐ **QUI TAM**
☐ **STRUCTURED SETTLEMENTS**

**ADMINISTRATIVE PROCEEDINGS**

☐ Administrative Search Warrant
☐ App. for Entry of Jgt. Defaulted Compensation Benefits
☐ Enter Administrative Order as Judgment
☐ Libel of Information
☐ Master Meter
☐ Petition Other

☐ Release Mechanics Lien
☐ Request for Subpoena

**MALPRACTICE**

☐ Medical – Other
☐ Wrongful Death

**AGENCY APPEAL**

☐ Dangerous Animal Determination
☐ DCPS Residency Appeal
☐ Merit Personnel Act (OEA)
☐ Merit Personnel Act (OHR)
☐ Other Agency Appeal

☐ **APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT**

CV-496/February 2023

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- ☒ Currency
- ☐ Other
- ☐ Real Property
- ☐ Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- ☐ Birth Certificate Amendment
- ☐ Death Certificate Amendment
- ☐ Gender Amendment
- ☐ Name Change

**TORT**
- ☐ Abuse of Process
- ☐ Assault/Battery
- ☐ Conversion
- ☐ False Arrest/Malicious Prosecution
- ☐ Libel/Slander/Defamation
- ☐ Personal Injury
- ☐ Toxic Mass
- ☐ Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
- ☐ Accounting
- ☐ Deceit (Misrepresentation)
- ☒ Fraud
- ☐ Invasion of Privacy
- ☐ Lead Paint
- ☐ Legal Malpractice
- ☐ Motion/Application Regarding Arbitration Award
- ☐ Other - General Civil

- ☐ Product Liability
- ☐ Request for Liquidation
- ☐ Writ of Replevin
- ☐ Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
- ☐ Asbestos

**MORTGAGE FORECLOSURE**
- ☐ Non-Residential
- ☐ Residential

**STATUTORY CLAIM**
- ☐ Anti – SLAPP
- ☐ Consumer Protection Act
- ☐ Exploitation of Vulnerable Adult
- ☐ Freedom of Information Act (FOIA)
- ☐ Other

**TAX SALE FORECLOSURE**
- ☐ Tax Sale Annual
- ☐ Tax Sale Bid Off

**VEHICLE**
- ☐ Personal Injury
- ☐ Property Damage

☐ **TRAFFIC ADJUDICATION APPEAL**

☐ **REQUEST FOR FOREIGN JUDGMENT**

_____
Filer/Attorney's Signature

12/6/2024
_____
Date



OMB Control Number 3245-0418
Expiration Date: 08/31/2024

# United States Small Business Administration
# Declaration of Identity Theft

Complete this form if you need the U.S. Small Business Administration to review an outstanding loan or grant for identity theft. Before beginning, please note that a hand-written signature is required for this declaration, as well as attachments.

Providing the information on this form is voluntary. However, if you do not provide the information, it may be more difficult to assist you in resolving your identity theft issue. For Identity Theft Declarations pertaining to direct SBA physical and economic injury disaster loans, such as COVID Economic Injury Disaster Loans (EIDL), send the completed form via email to: IDTheftRecords@sba.gov. For Identity Theft Declarations pertaining to Paycheck Protection Program (PPP) loans, send the completed form via email to: PPPidtheftinquiries@sba.gov.

## Section A – Check the box below that applies to the situation you are reporting

[✔] I am submitting this Declaration for myself as a sole proprietor/individual or as the authorized representative for a business named none .[1]

[ ] I am submitting this Declaration on behalf of my minor child (or I am the guardian of the minor child).[2]

[ ] The identity theft victim is deceased, and I am submitting this Declaration as the surviving spouse, Court-Appointed Personal Representative, Executor, or Administrator.[3]

[ ] The identity theft victim is incapacitated, and I am submitting this Declaration as the Power of Attorney, Court-Appointed Guardian, or Conservator.[4]

## Section B – Representative, Conservator, Parent or Guardian contact information[5]

Representative's Last Name: Curtis        First Name: Larry
Current Street Mailing Address: 501 Brighton Knolls Dr Brinklow MD 20862
City: Brinklow        State: MD        ZIP Code: 20862

Telephone Number: 2024072267        Alternate Telephone Number: 2024072267
Email address: Lightning501@gmail.com

## Section C – Name and contact information of Identity Theft Victim

Victim's Last Name: Curtis        First Name: Larry
Social Security Number (Please provide 9-digit Social Security Number): 217192103
Current Street Mailing Address: 501 Brighton Knolls Dr Brinklow MD 20862
City: Brinklow        State: MD        Zip Code: 20862
Telephone Number: 2024072267        Alternate Telephone Number: 2024072267
Email address: Lightning501@gmail.com

SBA Form 3513 (08-21)

**Complete if applicable:**

Victim's Business Name: none

Business Owner(s) Name(s): none

Taxpayer Identification Number (EIN, TIN, or ITIN): none

Business Street Mailing Address: none

City: none                    State: md        ZIP Code: 20862

---

## Section D – Declaration

*Please carefully review the information you have provided in this form. Then review the statement provided below and, if appropriate, sign and date in the fields provided. **Please remember** you must sign this declaration by hand. Electronic signatures will not be accepted. If additional space is needed for any items, please attach additional pages.*

I, Larry Curtis Jr                                      , residing at 501 Brighton Knolls Dr Brinklow Md 20862

hereby declare under penalty of perjury as follows:

**Please check and complete as appropriate:**

☑ On or about 4/01/22        , I allege that someone used my personal identifying information (PII) or the identifying information of my business without my permission or knowledge to obtain a loan(s) in my name from the U.S. Small Business Administration or from a PPP Lender. Please include any known information about the loan (the loan or application number(s), amount(s) or any other details).

#9089729008

they took $157.80 from my SSDI benifits

i am also asking for a 50,000 settlement since i went thru hell for this

☑ State how you became aware that your identity was used to obtain this/these loan(s):

some body uses my identity to get the loan and i asked the company to check and see what bank they put them in and they havent repsond

☑ I hereby confirm that the loan was not requested by me (or my business) nor did I authorize anyone to submit an application for me (or my business).

☑ I hereby confirm that none of the proceeds of the loan were used by me (or my business) or for my benefit or any other purpose that could benefit me (or my business).

☐ Are you aware of any other uses of your identity to borrow any other money, including obtaining credit cards, or to file state or federal income tax returns, if so please describe:

SBA Form 3513 (08-21)

☑    **You are required to attach and send with this form an official copy of a police report or an official report filed with a Federal law enforcement agency such as the FTC, FBI or United States Secret Service regarding this matter.**

☑    **You are required to attach and send with this form a copy of a valid driver license, U.S. Passport, U.S. Military ID, or other valid ID issued by a state or federal agency.**

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information provided in this Declaration is based on my personal information and is true and correct.[6]

11/12/2024                                    **Larry Curtis Jr**
_____                    _____
Date                                                Signature of Declarant

### PRIVACY ACT (5 U.S.C. § 552a)

The information provided in this form is protected by the Privacy Act, 5 U.S.C 552a, which prohibits the federal government from disclosing personal information about an individual without the individual's consent. The Privacy Act authorizes SBA to make certain routine uses of information protected by the Act as set forth in its System of Records Notices, 69 F.R. 58598. This form or the information provided in this form may be made available to federal, state, and/or local law enforcement agencies charged with responsibility for or otherwise involved in investigation, prosecution, enforcement or prevention of such violations of law.

Under the provisions of the Privacy Act, you are not required to provide social security numbers. However, if you do not provide the information, it may be more difficult to assist you in resolvingyour identity theft issue. Note: Any person concerned with the collection, use and disclosure of information, under the Privacy Act may contact the Chief, FOI/ PA Office, 409 3rd Street, SW, Suite 5900, Washington, DC 20416 or by e-mail at foia@sba.gov for information about the Agency's procedures relating to the Privacy Act and the Freedom of Information Act.

PLEASE NOTE: According to the Paperwork Reduction Act, you are not required to respond to this collection of information unless it displays a currently valid OMB Control Number. The estimated burden for completing this form, including time for reviewing instructions, gathering data needed, and completing and reviewing the form is 15 minutes. Comments or questions on the burden estimates should be sent to U.S. Small Business Administration, Director, Records Management Division, 409 3rd St., SW, Washington DC 20416, and/or SBA Desk Officer, Office of Management and Budget, New Executive Office Building, Rm. 10202, Washington DC 20503. **PLEASE DO NOT SEND THE FORM TO THESE ADDRESSES.**



**U.S. SMALL BUSINESS ADMINISTRATION**

U.S. Small Business
Administration

| | STATEMENT DATE |
|---|---|
| | 06/04/24 |

LOAN NUMBER: 9089729008

| PAYMENT DUE DATE | INSTALLMENT AMOUNT | AMOUNT NOW DUE |
|---|---|---|
| 09/01/22 | 0.00 | 20052.00 |

| DATE OF LAST PAYMENT | AMOUNT OF LAST PAYMENT | AMOUNT TO PRINCIPAL | AMOUNT TO INTEREST | PRESENT PRINCIPAL BALANCE |
|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 |

**MAKE YOUR PAYMENT ON MySBA Loan Portal:**
- Go to - https://lending.sba.gov/
- Contact loan service center for assistance

Loan Service Center
Small Business Administration
bham.servicing@sba.gov

Phone: 800 736-6048

YOU MUST IMMEDIATELY FOLLOW THE INSTRUCTIONS IN THE ENCLOSED
OFFICIAL NOTICE CONCERNING POSSIBLE U.S. TREASURY COLLECTION
ACTIONS FOR YOUR DELINQUENT GOVERNMENT DEBT. THE FULL PAYMENT OF
YOUR DELINQUENT DEBT WILL STOP ANY ADVERSE COLLECTION ACTIONS.

Or you must immediately contact by mail or by phone the SBA
OFFSET REPRESENTATIVE at the address and phone number IN THE
ENCLOSED OFFICIAL NOTICE to arrange for an acceptable payment
plan, which will also stop any adverse collection actions.

✦ Detach here and return lower portion with your remittance. Save upper portion for your records. ✦



DO NOT SEND CASH
MAKE PAYABLE TO SBA
PLEASE RETURN THIS PORTION OF STATEMENT WITH YOUR PAYMENT
THE FULL 10-DIGIT LOAN NUMBER MUST BE INCLUDED FOR PAYMENT TO BE ACCEPTED
DO NOT USE TAPE, PAPER CLIPS OR STAPLES

06/04/24

| LOAN NUMBER | DUE DATE | INSTALLMENT AMOUNT | AMOUNT NOW DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|
| 9089729008 | 09/01/22 | 0.00 | 20052.00 | |



LATE L2817-0062358 P005 T00185 *********ALL FOR AADC 208
LARRY CURTIS
501 BRIGHTON KNOLLS DR
BRINKLOW, MD 20862-9710



9089729008 00000000000020052000 8



**U.S. Department of Justice**

Civil Rights Division

*Federal Coordination and Compliance Section - NWB*
*950 Pennsylvania Ave, NW*
*Washington, DC 20530*

# COMPLAINT FORM

The purpose of this form is to assist you in filing a complaint with the Federal Coordination and Compliance Section. You are not required to use this form; a letter with the same information is sufficient. However, the information requested in the items marked with a star (*) must be provided, whether or not this form is used.

1.* State your name and address.
Name: _____ Larry Curtis Jr _____
Address: _____ 501 Brighton Knolls Dr _____
_____ Brinklow MD _____ Zip _20862_
Telephone: Home: ( 202 ) 407-2267 _____ Work or Cell: (_____)_____

2.* Person(s) discriminated against, if different from above:
Name: _____ SBA _____
Address: _____ 409 3rd St SW, Washington, DC 20416 _____
_____ Zip _20416_
Telephone: Home: ( 202 ) 205-8800 _____ Work or Cell: (_____)_____
Please explain your relationship to this person(s).
_____ Loan Agent _____

3.* Agency and department or program that discriminated:
Name: _____ SBA _____
Address: _____ 409 3rd St SW, Washington, DC 20416 _____
_____ Zip _20416_
Telephone: Home: ( 202 ) 205-8800 _____ Work or Cell: (_____)_____

4A.* Non-employment: Does your complaint concern discrimination in the delivery of services or in other discriminatory actions of the department or agency in its treatment of you or others? If so, please indicate below the base(s) on which you believe these discriminatory actions were taken.

_____ Race/Ethnicity: _____
_____ National origin: _____
_____ Sex: _____
_____ Religion: _____
_____ Age: _____
X Disability: _____

OMB No. 1190-0008
Expires: 04/30/2014

4B.* Employment: Does your complaint concern discrimination in employment by the department or agency? If so, please indicate below the base(s) on which you believe these discriminatory actions were taken.

_____ Race/Ethnicity: _____

_____ National origin: _____

_____ Sex: _____

_____ Religion: _____

_____ Age: _____

_____ Disability: _____

5. What is the most convenient time and place for us to contact you about this complaint?
_____ via email please @ Lightning501@gmail.com _____

6. If we will not be able to reach you directly, you may wish to give us the name and phone number of a person who can tell us how to reach you and/or provide information about your complaint:

Name: _____

Telephone: Home:(_____)_____ Work or Cell: (_____)_____

7. If you have an attorney representing you concerning the matters raised in this complaint, please provide the following:

Name: _____

Address: _____

_____ Zip_____

Telephone: Home: (_____)_____Work or Cell: (_____)_____

8.* To your best recollection, on what date(s) did the alleged discrimination take place?

Earliest date of discrimination: _____ 2021 _____

Most recent date of discrimination: _____ 2022 _____

9. Complaints of discrimination must generally be filed within 180 days of the alleged discrimination. If the most recent date of discrimination, listed above, is more than 180 days ago, you may request a waiver of the filing requirement. If you wish to request a waiver, please explain why you waited until now to file your complaint.

the SBA has never contact me about the loan that was filed on 2022
i filed the loan in 2024 and was approved but they never gave me the
loan and all i got was a bill from 2022 that i never filed in 2022

10.* Please explain as clearly as possible what happened, why you believe it happened, and how you were discriminated against. Indicate who was involved. Be sure to include how other persons were treated differently from you. (Please use additional sheets if necessary and attach a copy of written materials pertaining to your case.)

when i filed the loan for 2024 it seem strange they gave me a bill for 2022. I never filed any thing for 2021-2022, I have been calling them and visiting them and talking to them about the loan that i didn't filed in 2022 but i did files in 2024 the loan i was suppose to be getting is 150,000 Dollars, turn out i got a bill for 20,000. i had filed the forms for the SBA as the identity theft they complete me. i have filed the forms for the SBA identity theft forms and didn't hear back for weeks

when i found out in November they garish my income , i went to the SSA office and told them it was an identity theft they forced me to filled the forms and i did a written report.

The SSA told me it will be weeks when they get the reports back and also the SBA hasn't gotten back to me, i am so angry with them and they are abusing me and treating me as a gullible man. they already took advange of me.

I warned them to closed the loan case and give me a settlement of 100,500 dollars but they have been ignoring me. if i took them to court i will be suing them for 10 million dollars , if they gave me the loan in 2021- 2022 then how come it didnt reach to my bank account and i already spoke to truist bank they never saw any thing

11. The laws we enforce prohibit recipients of Department of Justice funds from intimidating or retaliating against anyone because he or she has either taken action or participated in action to secure rights protected by these laws. If you believe that you have been retaliated against (separate from the discrimination alleged in #10), please explain the circumstances below. Be sure to explain what actions you took which you believe were the basis for the alleged retaliation.

if your team found out they did this as a fraud i will sued them alease 50 million dollars . for a few charges such as discrimation , pain and suffering , fraud, defamation , and Identity Theft

They need to stop giving me a hard time and help me with this matter, The SBA keep refusing to help me with this matter they just inclusion. and I have been sending email to them every day and it seem they are not responding to me i am so sick and tired of them the way they abused me .

12. Please list below any persons (witnesses, fellow employees, supervisors, or others), if known, whom we may contact for additional information to support or clarify your complaint.

| Name | Address | Area Code/Telephone |
|---|---|---|
| | | |

13. Do you have any other information that you think is relevant to our investigation of your allegations?

this is a probable cause case and they should be charged for this matter.

i want them charged and also brought up to the Supreme court for this matter.

14. What remedy are you seeking for the alleged discrimination?

i want them Charged and fired from this matters,

15. Have you (or the person discriminated against) filed the same or any other complaints with other offices of the Department of Justice (including the Office of Justice Programs, Federal Bureau of Investigation, etc.)?

Yes _____ No _X_

If so, do you remember the Complaint Number?

_____

Against what agency and department or program was it filed?

_____

Address: _____

_____ Zip _____

Telephone No: (____) _____

Date of Filing: _____ DOJ Agency: _____

-4-

Briefly, what was the complaint about?

_____

_____

_____

What was the result?

_____

_____

_____

16. Have you filed or do you intend to file a charge or complaint concerning the matters raised in this complaint with any of the following?

_____ U.S. Equal Employment Opportunity Commission

_____ Federal or State Court

_____ Your State or local Human Relations/Rights Commission

_____ Grievance or complaint office

17. If you have already filed a charge or complaint with an agency indicated in #16, above, please provide the following information (attach additional pages if necessary):

Agency: _____

Date filed: _____

Case or Docket Number: _____

Date of Trial/Hearing: _____

Location of Agency/Court: _____

Name of Investigator: _____

Status of Case: _____

Comments: _____

_____

_____

_____

18. While it is not necessary for you to know about aid that the agency or institution you are filing against receives from the Federal government, if you know of any Department of Justice funds or assistance received by the program or department in which the alleged discrimination occurred, please provide that information below.

_____

_____

_____

19.* We cannot accept a complaint if it has not been signed. Please sign and date this Complaint Form below.

_Larry Curtis Jr_                                    12/03/2024

(Signature)                                          (Date)

Please feel free to add additional sheets to explain the present situation to us.

We will need your consent to disclose your name, if necessary, in the course of any investigation. Therefore, we will need a signed Consent Form from you. (If you are filing this complaint for a person whom you allege has been discriminated against, we will in most instances need a signed Consent Form from that person.) See the "Notice about Investigatory Uses of Personal Information" for information about the Consent Form. Please mail the completed, signed Discrimination Complaint Form and the signed Consent Form (please make one copy of each for your records) to:

    United States Department of Justice
    Civil Rights Division
    Federal Coordination and Compliance Section - NWB
    950 Pennsylvania Avenue, NW
    Washington, D.C. 20530

    Toll-free Voice and TDD: (888) 848-5306
    Voice: (202) 307-2222
    TDD: (202) 307-2678

20. How did you learn that you could file this complaint?

_____

_____

_____

21. If your complaint has already been assigned a DOJ complaint number, please list it here:

_____


Note: If a currently valid OMB control number is not displayed on the first page, you are not required to fill out this complaint form unless the Department of Justice has begun an administrative investigation into this complaint.

-6-

U.S. Department of Justice
Civil Rights Division
*Federal Coordination and Compliance Section*



# NOTICE ABOUT INVESTIGATORY USES OF PERSONAL INFORMATION

## NOTICE OF COMPLAINANT AND INTERVIEWEE RIGHTS AND PRIVILEGES

Complainants and individuals who cooperate in an investigation, proceeding or hearing conducted by DOJ are afforded certain rights and protections. This brief description will provide you with an overview of these rights and protections.

- A recipient may not force its employees to be represented by the recipient's counsel nor may it intimidate, threaten, coerce or discriminate against any employee who refuses to reveal to the recipient the content of an interview. An employee does, however, have the right to representation during an interview with DOJ. The representative may be the recipient's counsel, the employee's private counsel, or anyone else the interviewee authorizes to be present.

- The laws and regulations which govern DOJ's compliance and enforcement authority provide that no recipient or other person shall intimidate, threaten, coerce or discriminate against any individual because he/she has made a complaint, testified, assisted or participated in any manner in an investigation, proceeding, or hearing conducted under DOJ's jurisdiction, or has asserted rights protected by statutes DOJ enforces.

- Information obtained from the complainant or other individual which is maintained in DOJ's investigative files may be exempt from disclosure under the Privacy Act or under the Freedom of Information Act if release of such information would constitute an unwarranted invasion of personal privacy.

*There are two laws governing personal information submitted to any Federal agency, including the Department of Justice (DOJ): The Privacy Act of 1974 (5 U.S.C. § 552a), and the Freedom of Information Act (5 U.S.C. § 552).*

THE PRIVACY ACT protects individuals from misuse of personal information held by the Federal Government. The law applies to records that are kept and that can be located by the individual's name or social security number or other personal identification system. Persons who submit information to the government should know that:

- DOJ is required to investigate complaints of discrimination on the basis of race, color, national origin, sex, disability, age, and, in some instances, religion against recipients of Federal financial assistance. DOJ also is authorized to conduct reviews of federally funded recipients to assess their compliance with civil rights laws.



- Information that DOJ collects is analyzed by authorized personnel within the agency. This information may include personnel records or other personal information. DOJ staff may need to reveal certain information to persons outside the agency in the course of verifying facts or gathering new facts to develop a basis for making a civil rights compliance determination. Such details could include the physical condition or age of a complainant. DOJ also may be required to reveal certain information to any individual who requests it under the provisions of the Freedom of Information Act. (See below)

- Personal information will be used only for the specific purpose for which it was submitted, that is, for authorized civil rights compliance and enforcement activities. Except in the instances defined in DOJ's regulation at 28 C.F.R. Part 16, DOJ will not release the information to any other agency or individual unless the person who supplied the information submits a written consent. One of these exceptions is when release is required under the Freedom of Information Act. (See below)

- No law requires a complainant to give personal information to DOJ, and no sanctions will be imposed on complainants or other individuals who deny DOJ's request. However, if DOJ fails to obtain information needed to investigate allegations of discrimination, it may be necessary to close the investigation.

- The Privacy Act permits certain types of systems of records to be exempt from some of its requirements, including the access provisions. It is the policy of DOJ to exercise authority to exempt systems of records only in compelling cases. DOJ may deny a complainant access to the files compiled during the agency investigation of his or her civil rights complaint against a recipient of Federal financial assistance. Complaint files

are exempt in order to aid negotiations between recipients and DOJ in resolving civil rights issues and to encourage recipients to furnish information essential to the investigation.

- DOJ does not reveal the names or other identifying information about an individual unless it is necessary for the completion of an investigation or for enforcement activities against a recipient that violates the laws, or unless such information is required to be disclosed under FOIA or the Privacy Act. DOJ will keep the identity of complainants confidential except to the extent necessary to carry out the purposes of the civil rights laws, or unless disclosure is required under FOIA, the Privacy Act, or otherwise required by law.

THE FREEDOM OF INFORMATION ACT gives the public access to certain files and records of the Federal Government. Individuals can obtain items from many categories of records of the Government -- not just materials that apply to them personally. DOJ must honor requests under the Freedom of Information Act, with some exceptions. DOJ generally is not required to release documents during an investigation or enforcement proceedings if the release could have an adverse effect on the ability of the agency to do its job. Also, any Federal agency may refuse a request for records compiled for law enforcement purposes if their release could be an "unwarranted invasion of privacy" of an individual. Requests for other records, such as personnel and medical files, may be denied where the disclosure would be a "clearly unwarranted invasion of privacy."

**U.S. Department of Justice**
**Civil Rights Division**
*Federal Coordination and Compliance Section*



## COMPLAINANT CONSENT/RELEASE FORM

**Your Name:** Larry Curtis Jr

**Address:** 501 Brighton Knolls Dr

Brinklow MD 20862

**Complaint number(s): (if known)**

*Please read the information below, check the appropriate box, and sign this form.*

I have read the Notice of Investigatory Uses of Personal Information by the Department of Justice (DOJ). As a complainant, I understand that in the course of an investigation it may become necessary for DOJ to reveal my identity to persons at the organization or institution under investigation. I am also aware of the obligations of DOJ to honor requests under the Freedom of Information Act. I understand that it may be necessary for DOJ to disclose information, including personally identifying details, which it has gathered as a part of its investigation of my complaint. In addition, I understand that as a complainant I am protected by DOJ's regulations from intimidation or retaliation for having taken action or participated in action to secure rights protected by nondiscrimination statutes enforced by DOJ.

## CONSENT/RELEASE

[X] **CONSENT -** I have read and understand the above information and authorize DOJ to reveal my identity to persons at the organization or institution under investigation. I hereby authorize the Department of Justice (DOJ) to receive material and information about me pertinent to the investigation of my complaint. This release includes, but is not limited to, personal records and medical records. I understand that the material and information will be used for authorized civil rights compliance and enforcement activities. I further understand that I am not required to authorize this release, and do so voluntarily.

[ ] **CONSENT DENIED -** I have read and understand the above information and do not want DOJ to reveal my identity to the organization or institution under investigation, or to review, receive copies of, or discuss material and information about me, pertinent to the investigation of my complaint. I understand this is likely to impede the investigation of my complaint and may result in the closure of the investigation.

*Larry Curtis Jr*                                              12/3/2024

**SIGNATURE**                                                  **DATE**



OMB Control Number 3245-0418
Expiration Date: 08/31/2024

# United States Small Business Administration
## Declaration of Identity Theft

Complete this form if you need the U.S. Small Business Administration to review an outstanding loan or grant for identity theft. Before beginning, please note that a hand-written signature is required for this declaration, as well as attachments.

Providing the information on this form is voluntary. However, if you do not provide the information, it may be more difficult to assist you in resolving your identity theft issue. For Identity Theft Declarations pertaining to direct SBA physical and economic injury disaster loans, such as COVID Economic Injury Disaster Loans (EIDL), send the completed form via email to: IDTheftRecords@sba.gov. For Identity Theft Declarations pertaining to Paycheck Protection Program (PPP) loans, send the completed form via email to: PPPidtheftinquiries@sba.gov.

### Section A – Check the box below that applies to the situation you are reporting

☑ I am submitting this Declaration for myself as a sole proprietor/individual or as the authorized representative for a business named none [1]

☐ I am submitting this Declaration on behalf of my minor child (or I am the guardian of the minor child). [2]

☐ The identity theft victim is deceased, and I am submitting this Declaration as the surviving spouse, Court-Appointed Personal Representative, Executor, or Administrator. [3]

☐ The identity theft victim is incapacitated, and I am submitting this Declaration as the Power of Attorney, Court-Appointed Guardian, or Conservator. [4]

### Section B – Representative, Conservator, Parent or Guardian contact information [5]

Representative's Last Name: Curtis                          First Name: Larry
Current Street Mailing Address: 501 Brighton Knolls Dr Brinklow MD 20862
City: Brinklow                          State: MD          ZIP Code: 20862

Telephone Number: 2024072267                          Alternate Telephone Number: 2024072267
Email address: Lightning501@gmail.com

### Section C – Name and contact information of Identity Theft Victim

Victim's Last Name: Curtis                          First Name: Larry
Social Security Number (Please provide 9-digit Social Security Number): 217192103
Current Street Mailing Address: 501 Brighton Knolls Dr Brinklow MD 20862
City: Brinklow                          State: MD                          Zip Code: 20862
Telephone Number: 2024072267                          Alternate Telephone Number: 2024072267
Email address: Lightning501@gmail.com

SBA Form 3513 (08-21)

**Complete if applicable:**

Victim's Business Name: none

Business Owner(s) Name(s): none

Taxpayer Identification Number (EIN, TIN, or ITIN): none

Business Street Mailing Address: none

City: none                          State: md          ZIP Code: 20862

## Section D – Declaration

*Please carefully review the information you have provided in this form. Then review the statement provided below and, if appropriate, sign and date in the fields provided. **Please remember** you must sign this declaration by hand. Electronic signatures will not be accepted. If additional space is needed for any items, please attach additional pages.*

I, Larry Curtis Jr                          , residing at 501 Brighton Knolls Dr Brinklow Md 20862

hereby declare under penalty of perjury as follows:

**Please check and complete as appropriate:**

☑ On or about 4/01/22          , I allege that someone used my personal identifying information (PII) or the identifying information of my business without my permission or knowledge to obtain a loan(s) in my name from the U.S. Small Business Administration or from a PPP Lender. Please include any known information about the loan (the loan or application number(s), amount(s) or any other details).

#9089729008

they took $157.80 from my SSDI benifits

i am also asking for a 50,000 settlement since i went thru hell for this

☑ State how you became aware that your identity was used to obtain this/these loan(s):

some body uses my identity to get the loan and i asked the company to check and see what bank they put them in and they havent repsond

☑ I hereby confirm that the loan was not requested by me (or my business) nor did I authorize anyone to submit an application for me (or my business).

☑ I hereby confirm that none of the proceeds of the loan were used by me (or my business) or for my benefit or any other purpose that could benefit me (or my business).

☐ Are you aware of any other uses of your identity to borrow any other money, including obtaining credit cards, or to file state or federal income tax returns, if so please describe:

SBA Form 3513 (08-21)

☑ **You are required to attach and send with this form an official copy of a police report or an official report filed with a Federal law enforcement agency such as the FTC, FBI or United States Secret Service regarding this matter.**

☑ **You are required to attach and send with this form a copy of a valid driver license, U.S. Passport, U.S. Military ID, or other valid ID issued by a state or federal agency.**

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information provided in this Declaration is based on my personal information and is true and correct.[6]

| 11/12/2024 | Larry Curtis Jr |
|---|---|
| Date | Signature of Declarant |

### PRIVACY ACT (5 U.S.C. § 552a)

The information provided in this form is protected by the Privacy Act, 5 U.S.C 552a, which prohibits the federal government from disclosing personal information about an individual without the individual's consent. The Privacy Act authorizes SBA to make certain routine uses of information protected by the Act as set forth in its System of Records Notices, 69 F.R. 58598. This form or the information provided in this form may be made available to federal, state, and/or local law enforcement agencies charged with responsibility for or otherwise involved in investigation, prosecution, enforcement or prevention of such violations of law.

Under the provisions of the Privacy Act, you are not required to provide social security numbers. However, if you do not provide the information, it may be more difficult to assist you in resolving your identity theft issue. Note: Any person concerned with the collection, use and disclosure of information, under the Privacy Act may contact the Chief, FOI/ PA Office, 409 3rd Street, SW, Suite 5900, Washington, DC 20416 or by e-mail at foia@sba.gov for information about the Agency's procedures relating to the Privacy Act and the Freedom of Information Act.

PLEASE NOTE: According to the Paperwork Reduction Act, you are not required to respond to this collection of information unless it displays a currently valid OMB Control Number. The estimated burden for completing this form, including time for reviewing instructions, gathering data needed, and completing and reviewing the form is 15 minutes. Comments or questions on the burden estimates should be sent to U.S. Small Business Administration, Director, Records Management Division, 409 3rd St., SW, Washington DC 20416, and/or SBA Desk Officer, Office of Management and Budget, New Executive Office Building, Rm. 10202, Washington DC 20503. **PLEASE DO NOT SEND THE FORM TO THESE ADDRESSES.**



## U.S. SMALL BUSINESS ADMINISTRATION

U.S. Small Business
Administration

| | STATEMENT DATE |
|---|---|
| | 06/04/24 |

LOAN NUMBER:  9089729008

| PAYMENT DUE DATE | INSTALLMENT AMOUNT | AMOUNT NOW DUE |
|---|---|---|
| 09/01/22 | 0.00 | 20052.00 |

| DATE OF LAST PAYMENT | AMOUNT OF LAST PAYMENT | AMOUNT TO PRINCIPAL | AMOUNT TO INTEREST | PRESENT PRINCIPAL BALANCE |
|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 |

**MAKE YOUR PAYMENT ON MySBA Loan Portal:**
- Go to - https://lending.sba.gov/
- Contact loan service center for assistance

Loan Service Center
Small Business Administration
bham.servicing@sba.gov

**Phone: 800 736-6048**

```
YOU MUST IMMEDIATELY FOLLOW THE INSTRUCTIONS IN THE ENCLOSED
OFFICIAL NOTICE CONCERNING POSSIBLE U.S. TREASURY COLLECTION
ACTIONS FOR YOUR DELINQUENT GOVERNMENT DEBT. THE FULL PAYMENT OF
YOUR DELINQUENT DEBT WILL STOP ANY ADVERSE COLLECTION ACTIONS.

Or you must immediately contact by mail or by phone the SBA
OFFSET REPRESENTATIVE at the address and phone number IN THE
ENCLOSED OFFICIAL NOTICE to arrange for an acceptable payment
plan, which will also stop any adverse collection actions.
```

† Detach here and return lower portion with your remittance.  Save upper portion for your records.  †



DO NOT SEND CASH
MAKE PAYABLE TO: SBA
PLEASE RETURN THIS PORTION OF STATEMENT WITH YOUR PAYMENT
THE FULL 10-DIGIT LOAN NUMBER MUST BE INCLUDED FOR PAYMENT TO BE ACCEPTED
DO NOT USE TAPE, PAPER CLIPS OR STAPLES

06/04/24

| LOAN NUMBER | DUE DATE | INSTALLMENT AMOUNT | AMOUNT NOW DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|
| 9089729008 | 09/01/22 | 0.00 | 20052.00 | |



LATE L2817-0062358 P005 T00185 ********ALL FOR AADC 208
LARRY CURTIS
501 BRIGHTON KNOLLS DR
BRINKLOW, MD 20862-9710



9089729008  00000000000020052000  8



# Your IC3 Complaint

| | |
|---|---|
| **Submission ID:** | 9c7cb65343804b36b4eb6c9ad1d32e97 |
| **Date Filed:** | 12/4/2024 4:10:33 AM EST |
| **Were you the one affected in this incident?** | Yes |

## Your Contact Information

| | |
|---|---|
| **Name:** | SBA |
| **Business Name:** | SBA |
| **Phone Number:** | 8008275722 |
| **Email Address:** | pppidtheftinquiries@sba.gov |

## Complainant Information

| | |
|---|---|
| **Name:** | SBA |
| **Age:** | 30 - 39 |
| **Address:** | 409 3rd St., SW |
| **City:** | Washington |
| **Country:** | United States of America |
| **State:** | District of Columbia |
| **Zip Code/Route:** | 20416 |
| **Phone Number:** | 8008275722 |
| **Email Address:** | pppidtheftinquiries@sba.gov |

## Business Information

**Is this on behalf of a business that was targeted by a Cyber incident?**   Yes

**Business Name:**   SBA

**Is the incident currently impacting business operations?**   Yes

**Business IT POC:**   pppidtheftinquiries@sba.gov

**Other Business POC:**   pppidtheftinquiries@sba.gov

**If your business or organization is defined as a critical infrastructure entity, select the sector below:**   Financial Services

**If known or applicable, please select the critical infrastructure subsector:**   Credit and Financing

# Financial Transaction(s)

**Did you send or lose money in the incident?**   Yes

**What was your total loss amount?**   500.00

**Transaction Type:**   Other

**If other, please specify:**   bank tranfer / garishment

**Was the money sent or lost?**   Yes

**Transaction Amount:**   250.00

**Transaction Date:**   11/01/2024

**Did you contact your bank, financial institution, or cryptocurrency exchange?**   Yes

# Information About The Subject(s)

**Name:** SBA

**Business Name:** SBA

**Email Address:** pppidtheftinquiries@sba.gov

**Website/Social Media Account:** https://www.sba.gov/

# Description of Incident

**Provide a description of the incident and how you (or those you are filling this out on behalf of) were victimized. Provide information not captured elsewhere in this complaint form:**

they did a fraud and when i applied for the loan in 2024 and they scammed me and lied to me about 2021-2022 that i recieved a bill https://img001.prntscr.com/file/img001/WCOrksaMRoeuq0XgC2cv0Q.png

when i applied for the loan in 2024 they told me i am approved for the 150,000 and turn out i got a bill of 20,000 in 2022 that i never applied

# Other Information

**If an email was used in this incident, please provide a copy of the entire email including full email headers.**

https://img001.prntscr.com/file/img001/WCOrksaMRoeuq0XgC2cv0Q.png

this is the bill and they already taken 500 and i want to go after them for 10 million dollars

**If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.**

SSA that when they told me my waged was garished

**Is this an update to a previously filed complaint?** Yes

**Privacy & Signature:**

The collection of information on this form is authorized by one or more of the following statutes: 18 U.S.C. § 1028 (false documents and identity theft); 1028A (aggravated identity theft); 18 U.S.C. § 1029 (credit card fraud); 18 U.S.C. § 1030 (computer fraud); 18 U.S.C. § 1343 (wire fraud); 18 U.S.C 2318B (counterfeit and illicit labels); 18 U.S.C. § 2319 (violation of intellectual property rights); 28 U.S.C. § 533 (FBI authorized to investigate violations of federal law for which it has primary investigative jurisdiction); and 28 U.S.C. § 534 (FBI authorized to collect and maintain identification, criminal information, crime, and other records).

The collection of this information is relevant and necessary to document and investigate complaints of Internet-related crime. Submission of the information requested is voluntary; however, your failure to supply requested information may impede or preclude the investigation of your complaint by law enforcement agencies.

The information collected is maintained in one or more of the following Privacy Act Systems of Records: the FBI Central Records System, Justice/FBI-002, notice of which was published in the Federal Register at 63 Fed. Reg. 8671 (Feb. 20, 1998); the FBI Data Warehouse System, DOJ/FBI-022, notice of which was published in the Federal Register at 77 Fed. Reg. 40631 (July 10, 2012). Descriptions of these systems may also be found at www.justice.gov/opcl/doj-systems-records#FBI. The information collected may be disclosed in accordance with the routine uses referenced in those notices or as otherwise permitted by law. For example, in accordance with those routine uses, in certain circumstances, the FBI may disclose information from your complaint to appropriate criminal, civil, or regulatory law enforcement authorities (whether federal, state, local, territorial, tribal, foreign, or international). Information also may be disclosed as a routine use to an organization or individual in both the public or private sector if deemed necessary to elicit information or cooperation from the recipient for use by the FBI in the performance of an authorized activity. "An example would be where the activities of an individual are disclosed to a member of the public in order to elicit his/her assistance in [FBI's] apprehension or detection efforts." 63 Fed. Reg. 8671, 8682 (February 20, 1998).

By typing my name below, I understand and agree that this form of electronic signature has the same legal force and effect as a manual signature. I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18,

U.S.Code, Section 1001)

**Digital Signature:**                    Larry Curtis Jr



OMB Control Number 3245-0418
Expiration Date: 08/31/2024

# United States Small Business Administration
# Declaration of Identity Theft

Complete this form if you need the U.S. Small Business Administration to review an outstanding loan or grant for identity theft. Before beginning, please note that a hand-written signature is required for this declaration, as well as attachments.

Providing the information on this form is voluntary. However, if you do not provide the information, it may be more difficult to assist you in resolving your identity theft issue. For Identity Theft Declarations pertaining to direct SBA physical and economic injury disaster loans, such as COVID Economic Injury Disaster Loans (EIDL), send the completed form via email to: IDTheftRecords@sba.gov. For Identity Theft Declarations pertaining to Paycheck Protection Program (PPP) loans, send the completed form via email to: PPPidtheftinquiries@sba.gov.

## Section A – Check the box below that applies to the situation you are reporting

☑ I am submitting this Declaration for myself as a sole proprietor/individual or as the authorized representative for a business named none .[1]

☐ I am submitting this Declaration on behalf of my minor child (or I am the guardian of the minor child).[2]

☐ The identity theft victim is deceased, and I am submitting this Declaration as the surviving spouse, Court-Appointed Personal Representative, Executor, or Administrator.[3]

☐ The identity theft victim is incapacitated, and I am submitting this Declaration as the Power of Attorney, Court-Appointed Guardian, or Conservator.[4]

## Section B – Representative, Conservator, Parent or Guardian contact information[5]

Representative's Last Name: Curtis          First Name: Larry
Current Street Mailing Address: 501 Brighton Knolls Dr Brinklow MD 20862
City: Brinklow          State: MD     ZIP Code: 20862

Telephone Number: 2024072267          Alternate Telephone Number: 2024072267
Email address: Lightning501@gmail.com

## Section C – Name and contact information of Identity Theft Victim

Victim's Last Name: Curtis          First Name: Larry
Social Security Number (Please provide 9-digit Social Security Number): 217192103
Current Street Mailing Address: 501 Brighton Knolls Dr Brinklow MD 20862
City: Brinklow          State: MD          Zip Code: 20862
Telephone Number: 2024072267          Alternate Telephone Number: 2024072267
Email address: Lightning501@gmail.com

SBA Form 3513 (08-21)

**Complete if applicable:**

Victim's Business Name: none

Business Owner(s) Name(s): none

Taxpayer Identification Number (EIN, TIN, or ITIN): none

Business Street Mailing Address: none

City: none                    State: md      ZIP Code: 20862

---

## Section D – Declaration

*Please carefully review the information you have provided in this form. Then review the statement provided below and, if appropriate, sign and date in the fields provided. **Please remember** you must sign this declaration by hand. Electronic signatures will not be accepted. If additional space is needed for any items, please attach additional pages.*

I, Larry Curtis Jr                         , residing at 501 Brighton Knolls Dr Brinklow Md 20862

hereby declare under penalty of perjury as follows:

### Please check and complete as appropriate:

[✔]  On or about 4/01/22_____, I allege that someone used my personal identifying information (PII) or the identifying information of my business without my permission or knowledge to obtain a loan(s) in my name from the U.S. Small Business Administration or from a PPP Lender. Please include any known information about the loan (the loan or application number(s), amount(s) or any other details).

#9089729008

they took $157.80 from my SSDI benifits

i am also asking for a 50,000 settlement since i went thru hell for this

[✔]  State how you became aware that your identity was used to obtain this/these loan(s):

some body uses my identity to get the loan and i asked the company to check and see what bank they put them in and they havent repsond

[✔]  I hereby confirm that the loan was not requested by me (or my business) nor did I authorize anyone to submit an application for me (or my business).

[✔]  I hereby confirm that none of the proceeds of the loan were used by me (or my business) or for my benefit or any other purpose that could benefit me (or my business).

[ ]  Are you aware of any other uses of your identity to borrow any other money, including obtaining credit cards, or to file state or federal income tax returns, if so please describe:

SBA Form 3513 (08-21)

☑ **You are required to attach and send with this form an official copy of a police report or an official report filed with a Federal law enforcement agency such as the FTC, FBI or United States Secret Service regarding this matter.**

☑ **You are required to attach and send with this form a copy of a valid driver license, U.S. Passport, U.S. Military ID, or other valid ID issued by a state or federal agency.**

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information provided in this Declaration is based on my personal information and is true and correct.[6]

11/12/2024                               *Larry Curtis Jr*
_____                  _____
Date                                         Signature of Declarant

## PRIVACY ACT (5 U.S.C. § 552a)

The information provided in this form is protected by the Privacy Act, 5 U.S.C 552a, which prohibits the federal government from disclosing personal information about an individual without the individual's consent. The Privacy Act authorizes SBA to make certain routine uses of information protected by the Act as set forth in its System of Records Notices, 69 F.R. 58598. This form or the information provided in this form may be made available to federal, state, and/or local law enforcement agencies charged with responsibility for or otherwise involved in investigation, prosecution, enforcement or prevention of such violations of law.

Under the provisions of the Privacy Act, you are not required to provide social security numbers. However, if you do not provide the information, it may be more difficult to assist you in resolvingyour identity theft issue. Note: Any person concerned with the collection, use and disclosure of information, under the Privacy Act may contact the Chief, FOI/ PA Office, 409 3rd Street, SW, Suite 5900, Washington, DC 20416 or by e-mail at foia@sba.gov for information about the Agency's procedures relating to the Privacy Act and the Freedom of Information Act.

PLEASE NOTE: According to the Paperwork Reduction Act, you are not required to respond to this collection of information unless it displays a currently valid OMB Control Number. The estimated burden for completing this form, including time for reviewing instructions, gathering data needed, and completing and reviewing the form is 15 minutes. Comments or questions on the burden estimates should be sent to U.S. Small Business Administration, Director, Records Management Division, 409 3rd St., SW, Washington DC 20416, and/or SBA Desk Officer, Office of Management and Budget, New Executive Office Building, Rm. 10202, Washington DC 20503. **PLEASE DO NOT SEND THE FORM TO THESE ADDRESSES.**

SBA Form 3513 (08-21)

---

[1] If you are submitting this form for your business, by checking this box and signing the Declaration, you are indicating that you are an authorized representative of the business or the legal owner of the business.

[2] By checking this box and signing the Declaration, you are indicating that you are an authorized representative (as a parent, guardian, or legal guardian) to submit and sign on the minor's behalf.

[3] By checking this box and signing the Declaration, you are indicating that you are the surviving spouse, the Court-Appointed or personal representative, Executor, or Administrator and that you are authorized to submit and sign the Declaration.

[4] By checking this box and signing the Declaration, you are indicating that you have a Power of Attorney or are the Court-Appointed Guardian, or Conservator and that you are the authorized to submit and sign the Declaration.

[5] Complete if someone other than the Identity Theft Victim is submitting the Declaration.

[6] WARNING: In addition, any false statement or misrepresentation to SBA may result in criminal, civil or administrative sanctions including, but not limited to: 1) fines, imprisonment, or both, under 15 U.S.C. 645, 18 U.S.C. 645, 18 U.S.C. 1001, 18 U.S.C. 1014, 18 U.S.C. 1040, 18 U.S.C. 3571, and any other applicable laws; 2) treble damages and civil penalties under the False Claims Act, 31 U.S.C. 3729; 3) double damages and civil penalties under the Program Fraud Civil Remedies Act, 31 U.S.C. 3802; and 4) suspension and/or debarment from all Federal procurement and non-procurement transactions. Statutory fines may increase if amended by the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015.

SBA Form 3513 (08-21)



U.S. SMALL BUSINESS ADMINISTRATION

**SBΛ**
U.S. Small Business
Administration

STATEMENT DATE
06/04/24

LOAN NUMBER: 9089729008

| PAYMENT DUE DATE | INSTALLMENT AMOUNT | AMOUNT NOW DUE |
|---|---|---|
| 09/01/22 | 0.00 | 20052.00 |

| DATE OF LAST PAYMENT | AMOUNT OF LAST PAYMENT | AMOUNT TO PRINCIPAL | AMOUNT TO INTEREST | PRESENT PRINCIPAL BALANCE |
|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 |

**MAKE YOUR PAYMENT ON MySBA Loan Portal:**
- Go to - https://lending.sba.gov/
- Contact loan service center for assistance

Loan Service Center
Small Business Administration
bham.servicing@sba.gov

**Phone: 800 736-6048**

YOU MUST IMMEDIATELY FOLLOW THE INSTRUCTIONS IN THE ENCLOSED
OFFICIAL NOTICE CONCERNING POSSIBLE U.S. TREASURY COLLECTION
ACTIONS FOR YOUR DELINQUENT GOVERNMENT DEBT. THE FULL PAYMENT OF
YOUR DELINQUENT DEBT WILL STOP ANY ADVERSE COLLECTION ACTIONS.

Or you must immediately contact by mail or by phone the SBA
OFFSET REPRESENTATIVE at the address and phone number IN THE
ENCLOSED OFFICIAL NOTICE to arrange for an acceptable payment
plan, which will also stop any adverse collection actions.

✂ Detach here and return lower portion with your remittance.    Save upper portion for your records. ✂

**SBΛ**
U.S. Small Business
Administration

DO NOT SEND CASH
MAKE PAYABLE TO SBA
PLEASE RETURN THIS PORTION OF STATEMENT WITH YOUR PAYMENT
THE FULL 10-DIGIT LOAN NUMBER MUST BE INCLUDED FOR PAYMENT TO BE ACCEPTED
DO NOT USE TAPE, PAPER CLIPS OR STAPLES

06/04/24

| LOAN NUMBER | DUE DATE | INSTALLMENT AMOUNT | AMOUNT NOW DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|
| 9089729008 | 09/01/22 | 0.00 | 20052.00 | |



LATE L2817-0062358 P005 T00185 ********ALL FOR AADC 208
LARRY CURTIS
501 BRIGHTON KNOLLS DR
BRINKLOW, MD 20862-9710

9089729008 00000000000020052000 8